IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MASON'S AUTOMOTIVE COLLISOIN
CENTER, LLC.,
**On behalf of itself and all similarly situated
Persons and entities**                                                            PLAINTIFF

     v.                    NO.  2:21-CV-2153

                                                                                                       DEFENDANT
AUTO-OWNERS INSURANCE COMPANY

## CLERK'S ORDER OF DISMISSAL

  On this 24th day of March 2023, the parties hereto having filed a joint stipulation for dismissal (Document 64) pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

  IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                        AT THE DIRECTION OF THE COURT
                                        RONALD E. DOWLING, COURT CLERK

                                  BY: *Michelle McEntire*
                                                          Deputy Clerk